1  Aaron H. Jacoby (SBN 137244)
   jacoby.aaron@arentfox.com
2  Steven E. Bledsoe (SBN 157811)
   bledsoe.steven@arentfox.com
3  David G. Bayles (SBN 208112)
   bayles.david@arentfox.com
4  ARENT FOX LLP
   555 West Fifth Street, 48th Floor
5  Los Angeles, CA  90013-1065
   Telephone:    213.629.7400
6  Facsimile:    213.629.7401

7  Attorneys for Defendants
   PREMIER AUTOMOTIVE IMPORTS OF CA,
8  LLC and SONIC FREMONT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAGUAR LAND ROVER NORTH AMERICA LLC, JAGUAR CARS LIMITED, and LAND ROVER,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIER AUTOMOTIVE IMPORTS OF CA, LLC, SONIC FREMONT, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV 10 1025 MHP<br><br>The Hon. Marilyn H. Patel<br><br>**DEFENDANTS' REQUEST AND [PROPOSED] ORDER FOR PERMISSION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:         July 1, 2010<br>Hearing Time:    10:00 a.m.<br>Courtroom:       15<br><br>Complaint filed on March 10, 2010 |
|---|---|

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Marilyn H. Patel]

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS' REQUEST FOR PERMISSION TO APPEAR BY TELEPHONE
[CASE NO. CV 10 1025 MHP]

LA/287595.1

Defendants Sonic Fremont, Inc. ("Sonic") and Premier Automotive Imports of CA, LLC ("Premier") (collectively "Defendants"), hereby respectfully request that their counsel, Aaron H. Jacoby, Steven E. Bledsoe, and David G. Bayles, Arent Fox, LLP, whose offices are located in Los Angeles, California, be allowed to appear by telephone at the Case Management Conference, currently scheduled in the above-referenced action for 10 a.m. on July 1, 2010.

Dated:  June 14, 2010

Respectfully submitted,

ARENT FOX LLP


By:   /Steven E. Bledsoe/
Steven E. Bledsoe
Attorneys for Defendants
PREMIER AUTOMOTIVE IMPORTS OF CA, LLC and SONIC FREMONT, INC.

**[PROPOSED] ORDER**

Counsel for Defendants may appear by telephone at the Case Management Conference, currently scheduled in the above-referenced action for 10 a.m. on July 1, 2010.

**IT IS SO ORDERED.**

Dated: _____         _____

The Hon. Marilyn H. Patel

- 2 -
DEFENDANTS' REQUEST FOR PERMISSION TO APPEAR BY TELEPHONE
[CASE NO. CV 10 1025 MHP]
LA/287595.1

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES